**HULSEY v. STATE.**

No. 26476.

Court of Criminal Appeals of Texas.

June 10, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

This purports to be an appeal from a conviction for the unlawful sale of whisky in a dry area, with punishment assessed at a fine of $300.

No notice of appeals appears to have been given and entered of record.

The jurisdiction of this court does not attach in the absence of a notice of appeal.

The appeal is accordingly dismissed.

Opinion approved by the Court.